BRAD D. KRASNOFF (State Bar No. 125065)
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
BKTrustee@DanningGill.com
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MATTHEW JONATHAN KLINT,<br><br>              Debtor. | Case No. 2:22-bk-10732-BR<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**<br><br>[No Hearing Required] |

PLEASE TAKE NOTICE that the chapter 7 trustee hereby withdraws his Report of No Distribution filed on March 16, 2022.

DATED: April 4, 2022

                                                _____
                                                BRAD D. KRASNOFF,
                                                Chapter 7 Trustee

1490104.1 0705

1